# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **COREY EUGENE BENTON,** | ) |
| Petitioner, | ) |
| v. | ) Case No.: 2:19-cv-00889-RDP-HNJ |
| **STATE OF ALABAMA,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On May 7, 2020, the Magistrate Judge entered a Report and Recommendation (Doc. 12) recommending the petition for writ of habeas corpus (Doc. 1) be dismissed without prejudice for failure to comply with 28 U.S.C. § 2244(b)(3)(A). (Doc. 12 at 5-6). Petitioner was informed of his right to object. (Doc. 12 at 7-8). No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge and **ACCEPTS** his Recommendation. In accordance with the Recommendation, the court finds that the petition for writ of habeas corpus is due to be dismissed without prejudice.

A separate final judgment will be entered.

**DONE** and **ORDERED** this June 10, 2020.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE